No. 942. JESSIE B. THOMAS, PLAINTIFF IN ERROR, *v.* JOHN R. THOMAS. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm submitted May 1, 1911. Decided May 15, 1911. Dismissed for want of jurisdiction. *Mr. Frank Dale* and *Mr. A. G. C. Bierer* for the plaintiff in error. *Mr. W. J. Hughes, Mr. Preston C. West, Mr. Horace Speed* and *Mr. W. T. Hutchings* for the defendant in error.

No. 853. ERIE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* BLANCHE RUSSELL, ADMINISTRATRIX, ETC. Error to the United States Circuit Court of Appeals for the Second Circuit. Motion to dismiss or affirm and petition for writ of certiorari submitted March 20, 1911. Decided May 15, 1911. Dismissed for want of jurisdiction. Petition for writ of certiorari denied. *Mr. Frederic B. Jennings* for the plaintiff in error and petitioner. *Mr. George A. Clement* for the defendant in error and respondent.